# In the United States Court of Federal Claims

**No. 03-1951C (Consolidated)**

**GROT, INCORPORATED,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Order/Opinion, filed October 5, 2007, granting Defendant's Motion for Summary Judgment as to Case Nos. 03-19510, 03-19511, 03-19513, 03-19514, 03-19515, and 03-19516, and denying Defendant's Motion for Summary Judgment in Case No. 03-19512,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant in Case Nos. 03-19510, 03-19511, 03-19513, 03-19514, 03-19515, and 03-19516.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is in favor of plaintiff in Case No. 03-19512 in the amount of $1,953.52.

Brian Bishop
Clerk of Court

**October 5, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.